# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Bronx
-----------------------------------------X
Nadine Joachin
[your name(s)]                Plaintiff(s),

Index Number 6064/2023

-against-

AIG, The United State Life Insurance Company,
Scott Pierce, Mikail Alsafa
[name(s) of party being sued]   Defendant(s).

COMPLAINT
-----------------------------------------X

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff [your name], Nadine Joachin respectfully shows and alleges as follows: [number each paragraph]

1. I am suing the Defendants in the said summons for monetary civil matter in regards to practicing illegal Sherman Antitrust Act. I am also requesting the courts to waive all future fees in regards to this case.

RECEIVED 23 DEC -6 PM 12:30 COUNTY CLERK BRONX COUNTY

CommenceAction – Rev. March 2021

DCN: 20240129006186 - Received: 1/29/2024 10:42:49 AM

Dated: December 06, 2023

[sign your name] *Nadine Joachin*

[print your name] Nadine Joachin

[your address] 1118 Intervale Ave Apt. 5A
Bronx, New York, 10459

9296102494

[your telephone number]

VERIFICATION

STATE OF NEW YORK
COUNTY OF Bronx, ss:

Nadine Joachin, being duly sworn, deposes and says:
I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

[sign your name in front of a Notary]

Nadine Joachin
[print your name]

Sworn to before me this
6th day of December, 2023

*Julio Grandgerard*
Notary Public

Julio A. Grandgerard
Notary Public, State of New York
No. 04GR6402760
Qualified in Bronx County
Commission Expires January 13, 2024

CommenceAction – Rev. March 2021